JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS RAMIREZ, et al.,<br><br>    Defendants. | Case No. 11-CV-9004-MWF (AJWx)<br><br>**The Honorable Michael W. Fitzgerald**<br><br>**JUDGMENT AFTER TRIAL** |

    This action came on regularly for trial on September 8, 2015, in Courtroom 1600 of the United States District Court for the Central District of California, before the Honorable Michael W. Fitzgerald, United States District Judge, presiding.

    Plaintiff Andre Andrews proceeded *pro se*, with Daniel Ignace Kapelovitz, Esq., serving as an advisor.

    Defendant Luis Ramirez was represented by Howard Darryl Russell.

    A jury was regularly empanelled and sworn. Witnesses were sworn and testified, and documentary evidence was introduced and admitted into evidence. After the presentation of the evidence, the instructions of the Court, and the arguments of counsel, the case was submitted to the jury. The jury deliberated and thereafter returned to Court with its verdict as follows:

### Fourth Amendment Claim/Detention

QUESTION NO. 1: Did Plaintiff Andre Andrews prove by a preponderance of the evidence that Defendant Officer Luis Ramirez violated the Fourth Amendment rights of Plaintiff Andre Andrews by unreasonably seizing him?

*Please check "Yes" or "No".*

YES_____ NO___X____

*If you answered "Yes", please proceed to the next question.*

*If you answered "No", answer no further questions and have the presiding officer sign and date this form.*

### Damages

QUESTION NO. 2: What damages, if any, did Plaintiff Andre Andrews sustain that were caused by Defendant Officer Luis Ramirez?

    a. Past physical, mental and
       emotional pain and suffering:      $_____

    b. Future physical, mental and
       emotional pain and suffering:      $_____

    TOTAL:      $_____

//
//
//
//
//

QUESTION NO. 3: Did Plaintiff Andre Andrews prove by a preponderance of the evidence that Defendant Officer Luis Ramirez acted with malice, oppression or in reckless disregard of the rights of Plaintiff Andre Andrews?

YES_____ NO_____

NOW , THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

JS-6

1. That judgment on the merits be entered in favor of Defendant Luis Ramirez, and that Plaintiff Andre Andrews take nothing from his Complaint; and
2. That Defendant Luis Ramirez recovers his costs as provided by law.

Dated: September 16, 2015.

_____
MICHAEL W. FITZGERALD
United States District Judge